United States District Court
Northern District of California

AUSTIN OBODAI (d/b/a Heptad),

    Plaintiff,

  v.

INDEED, INC.,

    Defendant.

Case No.: CV 13-80027-EMC (KAW)

ORDER GRANTING PARTIES' REQUESTS TO APPEAR TELEPHONICALLY AT MARCH 21, 2013 MOTION HEARING

On March 5, 2013, Plaintiff Austin Obodai submitted a request to appear telephonically at the March 21, 2013 hearing on his motion to quash Defendant Indeed, Inc.'s subpoena on Google, Inc. On March 7, 2013, Defendant submitted a letter also requesting to appear telephonically. (*See* Dkt. No. 8.)

The Court GRANTS both parties' requests to appear telephonically at the March 21, 2013 motion hearing. The parties are ordered to comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

The parties are advised that, in the future, proposed orders must be submitted with all moving papers, including requests to appear by telephone. *See* Civil L.R. 7-2(c).

IT IS SO ORDERED.

Dated: March 12, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge